Nos. 1941 and 1943. People, Appellee, v. Mulero, Appellant. — District Court of Humacao. Violation of the Excise-tax Law. Decided June 2, 1922. Upon examination of the briefs and considering the oral argument of the parties, as well as the evidence examined at the trial, which was considered sufficient, the judgments were *affirmed*.

No. 2786. Archilla, Appellant, v. Romeu, Appellee. — First District Court of San Juan. Redemption. Decided June 5, 1922. Motion by the appellant withdrawing the. appeal. *Appeal withdrawn*.

No. 526. Dorna, Appellant, v. Registrar of San Juan, Section 2, Respondent.—Appeal from a decision of the registrar of property refusing to record a deed in satisfaction of a foreclosure judgment. Decided June 6, 1922. Motion by the appellant withdrawing the appeal. *Appeal withdrawn*.

No. 1918. People, Appellee, v. Santos, Appellant. — Second District Court of San Juan. Aggravated assault and battery. Decided June 6, 1922. No brief was filed and the record discloses no fundamental error. *Affirmed*.

No. 2771. Betancourt, Appellee, v. Andrade, Appellant.—Second District Court of San Juan. Mandamus. Decided June 8, 1922. Motion by the appellee for dismissal. *Dismissed*.

No. 2779. Fernández, Appellee, v. Moll, Appellant.— District Court of Guayama. Mandamus. Decided June 9, 1922. Motion by the appellant withdrawing the appeal. *Appeal withdrawn*.

No. 1947. People, Appellee, v. Groenveldt, Appellant. Second District Court of San Juan. Aggravated assault and battery. Decided June 9, 1922. Upon examination of the briefs and considering the argument of the parties, the evidence examined at the trial not having been brought up, this court can not determine whether the trial court abused its discretion. *Affirmed*.